# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NORTHEASTERN DIVISION

| | |
|---|---|
| **PATRICIA L. CLARK,** | ) |
| **Plaintiff,** | ) |
| | ) **Jury Demand** |
| v. | ) |
| | ) **Case No. : 2:12-cv-0053** |
| **CUMBERLAND MEDICAL CENTER, INC.,** | ) |
| **Defendant.** | ) |

## ORDER OF DISMISSAL

Upon notice from counsel for the parties hereto that all of the issues in dispute in this matter have been resolved, it is hereby,

**ORDERED**, that the Complaint and Amended Complaint filed in this matter be and the same are dismissed, with prejudice. It is further

**ORDERED**, that the court costs incurred in this case shall be taxed against Defendant, Cumberland Medical Center.

It is also **ORDERED** that each party shall be responsible for her/its own attorney fees and any other costs she/it and/or her/its representatives have incurred in connection with this matter.

**ENTER** this ____ day of October, 2012.

_Kevin H. Sharp_
United States District Judge

Respectfully Submitted for Approval:

MILLER & MARTIN PLLC


By: *s/ J. Y. Elliott, III*
    Stacie L. Caraway
    TN State Bar No. 017287
        *Appearing Pro Hac Vice*
    J. Y. Elliott, III
    TN State Bar No. 17344
    Suite 1000, Volunteer Building
    832 Georgia Avenue
    Chattanooga, TN 37402-2289
    Telephone: (423) 756-6600
    Facsimile: (423) 785-8480

    Attorneys for Defendant Cumberland Medical Center

-- and --

THE LAW OFFICE OF DAVID L. COOPER, P.C.


By: *s/ David L. Cooper*
    David L. Cooper
    TN State Bar No. 011445
    208 Third Avenue North
    Suite 300
    Nashville, TN 37201
    Telephone: (615) 256-1008
    Facsimile: (615) 256-3330

    Attorneys for Plaintiff Patricia L. Clark